IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUE JACQUES HARDEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00401-MTT-CHW |
| | * |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 18th day of October, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk