IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARQUE JACQUES HARDEN ,     *

       Plaintiff,     *

v.     Case No.  5:22-cv-00401-MTT-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

       Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,273.17 and $939.80.

This 5th day of December, 2023.

                                                 David W. Bunt, Clerk

                                                 s/  Shabana Tariq, Deputy Clerk